**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHENGXUAN CHEN,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 1:26-cv-05974<br><br>Honorable Matthew F. Kennelly<br><br>Magistrate Judge Albert Berry, III |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

NOW COMES Plaintiff's counsel, Dongying Su of Hyacinth Law LLC, counsel of record, and respectfully moves for leave to withdraw from this action, effective immediately, as counsel for Plaintiff pursuant to Local Rule 83.17. In support, counsel states as follows:

1. This case is closed. On August 3, 2026, the Court entered default judgment and terminated the case [Dkt. Nos. 30, 31]. On October 8, 2026, the Court granted non-party Amazon.com, Inc.'s ("Amazon") motion to stay enforcement of the default judgment insofar as it calls for the transfer of funds [Dkt. No. 36]. The Court has directed Plaintiff and Amazon to file a further joint status report on December 15, 2026, and has set a telephonic status hearing for December 22, 2026 [Dkt. No. 38].

2. Counsel transmitted the default judgment to Amazon on August 4, 2026 in the ordinary course, and Amazon had not remitted any funds under it when it moved to stay. Plaintiff has given counsel no further instructions regarding the judgment. Since the Court entered default judgment and closed this case, Plaintiff has not responded to any of counsel's communications, including

counsel's requests for Plaintiff's position and instructions regarding Amazon's motion and the joint status report ordered by the Court. Counsel has been unable to maintain communication with Plaintiff, and without Plaintiff's instructions, counsel cannot take any position on Plaintiff's behalf, as counsel advised the Court in the parties' November 3, 2026 joint status report.

3. Good cause exists for withdrawal. Ill. R. Prof'l Conduct 1.16(b)(1), (6), (7). Counsel cannot obtain instructions from Plaintiff, and counsel's continued appearance therefore does not serve Plaintiff's interests. It leaves the Court and Amazon without a party able to partake in the remaining proceedings.

4. Withdrawal will have no material adverse effect on Plaintiff. The case is closed, no claims remain pending, and the Court's stay remains in effect until further order. Plaintiff may proceed on Plaintiff's own behalf or through new counsel, and the Court may send future notices to Plaintiff directly.

5. On November 21, 2026, counsel notified Plaintiff in writing of counsel's intent to withdraw. Counsel is serving this motion on Plaintiff as set forth in the Certificate of Service below, and is filing the Notification of Party Contact Information form with this motion as required by Local Rule 83.17.

WHEREFORE, undersigned counsel respectfully requests that the Court grant leave for Dongying Su and Hyacinth Law LLC to withdraw as counsel for Plaintiff, direct that future notices to Plaintiff be sent to Plaintiff's last known address set forth in the Certificate of Service, and grant such other relief as the Court deems just and proper.

Dated: November 23, 2026

Respectfully submitted,

*/s/ Dongying Su*
Dongying Su (IL Bar No. 6346227)
Hyacinth Law LLC
6436 N Nashville Ave
Chicago, IL 60631
(575) 825-9213
dongying.su@hyacinthlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that on the same date, I served a copy of the foregoing on Plaintiff by electronic message through the messaging account Plaintiff has used to communicate with counsel, and that on November 24, 2026, I will serve a copy of the foregoing on Plaintiff by first-class international mail at Plaintiff's last known address, No. 205, Xiagutou, Hudong Vil, Daitou Tn, Xiuyu Dist, Putian, Fujian, China 351100.

By: */s/ Dongying Su*
Dongying Su